IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL HINTZ, an individual and
JARVIS JERNIGAN, JR. an individual                                   **PLAINTIFFS**

VS.                                                          CIVIL ACTION NO. 3:17-cv-459

MAY AND COMPANY, INC. d/b/a
VETERANS CAB TAXI SERVICES                                            **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having entered into a settlement agreement on the 12th day of July, 2018, hereby memorialize the terms of the settlement herein as follows:

(1) All current drivers will be or are trained to operate the wheelchair accessible van.

(2) All new drivers will be trained to operate the wheelchair accessible van.

(3) With 24 hours notice, the Plaintiffs and other disabled individuals can call and schedule a reservation for the wheelchair accessible van, provided the driver and wheelchair accessible van are available.

(4) If Plaintiffs and other disabled individuals call with less than 24 hours notice, the wheelchair accessible van will be deployed at the next availability of the driver and the wheelchair accessible van. There is no guarantee regarding wait time.

(5) Plaintiff Jernigan waives his claim for damages.

(6) Both Plaintiffs waive their claim for attorneys' fees and costs.

The Court specifically retains jurisdiction to enforce the settlement agreement. The Court orders that this lawsuit be dismissed with prejudice.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all

parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement.

SO ORDERED this 19th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AND APPROVED AS TO FORM BY:

_____
GARRET DeREUS, *Pro Hac Vice* (LA # 35105)
*Attorney for Plaintiffs*

_____
AMY D. JORDAN (MSB #101737)
*Attorney for Defendant*

2